UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID COLLETTI, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | No. 15-cv-2481 |
| v. ) | |
| ) | |
| MILLERCOORS, LLC SALARIED NON-UNION ) | Judge Thomas M. Durkin |
| EMPLOYEES RETIREMENT AND SAVINGS ) | |
| SUPPLEMENTAL PLAN, MILLERCOORS, LLC ) | |
| BENEFIT EQUALIZATION PLAN, AND ) | |
| MILLERCOORS, LLC BENEFIT PLAN ) | |
| GOVERNANCE COMMITTEE, ) | |
| ) | |
| DEFENDANTS. ) | |

**MEMORANDUM OPINION AND ORDER**

Defendant does not oppose Plaintiff's motion for summary judgement, R. 21, as long as the plan funds remain available for Plaintiff to make restitution payments to MillerCoors should they be required in any resolution of the pending criminal matter against the Plaintiff. R. 38. The parties shall submit a proposed order granting Plaintiff's motion for summary judgment and incorporating any additional agreements the parties have reached as to the funds and any residual issues. This proposed order shall be submitted no later than November 24, 2015.

ENTERED:

_Thomas M Durkin_

Honorable Thomas M. Durkin
United States District Judge

Dated: November 18, 2015